United States Bankruptcy Court
District of Maryland

In re:                                                              Case No. 12-27554-pm
Damian Humberto Vazquez-Castro                                      Chapter 7
Ada Marina Ventura
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0416-0          User: admin              Page 1 of 3              Date Rcvd: Jan 04, 2013
                              Form ID: B18auto         Total Noticed: 39

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jan 06, 2013.
```
db/db       +Damian Humberto Vazquez-Castro,   Ada Marina Ventura,    11800 Old Georgetown Rd.,   Unit 1331,
              North Bethesda, MD 20852-2650
cr          +White Flint Station,   John Tsiekrdanos,   c/o Lerch Early & Brewer,   3 Bethesda Metro Center,
              Suite 460,   Bethesda, MD 20814-6369
27819053    +Bank of America N.A. (Home Loans),   Correspondence Unit,   CA: 6919-02-41,   P.O. Box 5170,
              Simi Valley, CA 93062-5170
27699270    +Comptroller of the Treasury,   Compliance Division, Room 409,   301 W. Preston Street,
              Baltimore, MD 21201-2305
27699251     DirecTV,   P.O. Box 78626,   Phoenix, AZ 85062-8626
27699253     GoodYear Tire,   P.O. Box 6497,   Sioux Falls, SD 57117-6497
27699258     LVNV Funding LLC,   P.O Box 3038,   Evansville, IN 47730-3038
27699257    +Lerch, Early & Brewer, CHTD,   3 Bethesda Metro Ctr. 460,   Attn: Ruth O. Katz, Esq.,
              Bethesda, MD 20814-6369
27819054     Minol,   15280 Addison Road,   Suite 100,   Addison, TX 75001-4503
27819055     Ocwen Loan Servicing, LLC,   Customer Service Department,   P. O. Box 24738,
              West Palm Beach, FL 33416-4738
27699261    +PEPCO,   201 West Gude Drive,   Rockville, MD 20850-1179
27699262    +Receivables Performance Management LLC,   20816 44th Ave W,   Lynnwood, WA 98036-7744
27699271    +State of Maryland DLLR,   Division of Unemployment Insurance,   1100 N. Eutaw Street, Room 401,
              Baltimore, MD 21201-2201
27699269    +Taxing Authority of Montgomery County,   Division of Treasury,   255 Rockville Pike, Ste. L-15,
              Rockville, MD 20850-4188
27819056    +Toll MD I LLC,   3414 Morningwood Drive,   Olney, MD 20832-2260
27819057     Toll MD I, LLC.,   C/O Billing & Mgmt Services, LLC,   P.O. Box 96711,
              Washington, DC 20090-6711
27699266    +Washington Suburban Sanitary Commission,   14501 Sweitzer Lane,   Laurel, MD 20707-5901
27699267    +WestStar Mortgage, Inc.,   3350 Commission Court,   Woodbridge, VA 22192-1784
27699268    +White Flint Sation Condominium,   11800 Old Georgetown Rd, Rockville,   Management Office,
              North Bethesda, MD 20852-2645
27779438    +White Flint Station,   c/o John Tsikerdanos,   Lerch Early & Brewer,
              3 Bethesda Metro Center, Suite 460,   Bethesda MD 20814-6369
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
tr          +EDI: QJMNESSE.COM Jan 04 2013 19:58:00    Janet M. Nesse,   Stinson Morrison Hecker LLP,
              1775 Pennsylvania Avenue, NW,   Suite 800,   Washington, DC 20006-4605
cr          +EDI: ATLASACQU.COM Jan 04 2013 19:58:00    Atlas Acquisitions LLC,   Attn: Avi Schild,
              294 Union St,   Hackensack, NJ 07601-4303
27699243     EDI: AFNIRECOVERY.COM Jan 04 2013 19:53:00    AFNI,   P.O. Box 3517,
              Bloomington, IL 61702-3517
27752814    +EDI: ATLASACQU.COM Jan 04 2013 19:58:00    Atlas Acquisitions LLC,   294 Union St.,
              Hackensack, NJ 07601-4303
27699245     EDI: BANKAMER.COM Jan 04 2013 19:58:00    Bank of America, NA,   P.O. Box 15026,
              Wilmington, DE 19886-5026
27699248     EDI: SEARS.COM Jan 04 2013 19:58:00    CBSD/Sears,   133200 Smith Rd,   Cleveland, OH 44130
27699246    +E-mail/Text: bankruptcy@cavps.com Jan 04 2013 20:06:29    Calvary Portfolio Services,
              500 Summit Lake Drive,   Valhalla, NY 10595-2322
27699247     E-mail/Text: bankruptcy@cavps.com Jan 04 2013 20:06:29    Cavalry Portfolio Services, LLC,
              500 Summit Lake Dr.,   Suite 400,   Valhalla, NY 10595-2322
27699249     EDI: CHASE.COM Jan 04 2013 19:58:00    Chase Bank USA, NA,   P.O. Box 15298,
              Wilmington, DE 19850-5298
27699250     EDI: CITICORP.COM Jan 04 2013 19:58:00    CitiCards/Sears,   P.O.Box 182564,
              Columbus, OH 43218-2564
27699251     EDI: DIRECTV.COM Jan 04 2013 19:58:00    DirecTV,   P.O. Box 78626,   Phoenix, AZ 85062-8626
27699252    +E-mail/Text: bknotice@erccollections.com Jan 04 2013 20:06:00    Enhanced Recovery Company, LLC,
              8014 Bayberry Rd.,   Jacksonville, FL 32256-7412
27699254     EDI: HFC.COM Jan 04 2013 19:58:00    HSBC Bank,   P.O. Box 5253,   Carol Stream, IL 60197-5253
27699255     EDI: HFC.COM Jan 04 2013 19:58:00    HSBC Bank/ Best Buy,   P.O. Box 5253,
              Carol Stream, IL 60197-5253
27699256     EDI: IRS.COM Jan 04 2013 19:58:00    Internal Revenue Service,
              Centralized Insolvency Operation,   P.O. Box 7346,   Philadelphia, PA 19101-7346
27699259    +EDI: MID8.COM Jan 04 2013 19:53:00    Midland Credit Management,   8875 Aero Dr,   Suite 200,
              San Diego, CA 92123-2255
27699260    +E-mail/Text: bankruptcydepartment@ncogroup.com Jan 04 2013 20:06:18    NCO Financial Group,
              507 Prudential Rd.,   Horsham, PA 19044-2368
27699263     EDI: NEXTEL.COM Jan 04 2013 19:53:00    Sprint Wireless,   KSOPHT0101-Z4300,
              6391 Sprint Parkway,   Overland Park, KS 66251-4300
27699264     EDI: AFNIVZCOMBINED.COM Jan 04 2013 19:58:00    Verizon,   P.O. Box 660720,
              Dallas, TX 75266-0720
27699265    +E-mail/Text: Bankruptcy@washgas.com Jan 04 2013 20:05:59    Washington Gas,
              6801 Industrial Road,   Springfield, VA 22151-4206
                                                                                              TOTAL: 20
```

```
District/off: 0416-0           User: admin                 Page 2 of 3                   Date Rcvd: Jan 04, 2013
                               Form ID: B18auto            Total Noticed: 39

             ***** BYPASSED RECIPIENTS (continued) *****

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
 27699244       Bank of America N.A. (Home Loans),   INVALID ADDRESS PROVIDED
                                                                                           TOTALS: 1, * 0, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Jan 06, 2013**                    **Signature:**    _Joseph Speetjens_

```
District/off: 0416-0          User: admin              Page 3 of 3              Date Rcvd: Jan 04, 2013
                              Form ID: B18auto         Total Noticed: 39
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 4, 2013 at the address(es) listed below:
        Janet M. Nesse    JNesse@stinson.com,  DC0N@ecfcbis.com,dkim@stinson.com,ptanenbaum@stinson.com,
         jmnesse@ecf.epiqsystems.com,tmackey@stinson.com,tshankar@stinson.com
        John E. Tsikerdanos    on behalf of Creditor   White Flint Station   jetsikerdanos@lerchearly.com,
         jmsherman@lerchearly.com,elmoyer@lerchearly.com,cmhoyos@lerchearly.com
        Roberto   Allen    on behalf of Debtor Ada Ventura   rallen@robertoallenlaw.com,
         jcorcoran@robertoallenlaw.com
                                                                              TOTAL: 3

Entered: January 4, 2013
Signed:  January 4, 2013

**SO ORDERED**



**PAUL MANNES**
**U. S. BANKRUPTCY JUDGE**

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF MARYLAND
### at Greenbelt

Case No.:   12−27554 − PM     Chapter:   7

**In re:**  Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
  Damian Humberto Vazquez−Castro                  Ada Marina Ventura
  *debtor has no known aliases*                   *debtor has no known aliases*
  11800 Old Georgetown Rd.                        11800 Old Georgetown Rd.
  Unit 1331                                       Unit 1331
  North Bethesda, MD 20852                        North Bethesda, MD 20852

Social Security / Individual Taxpayer ID No.:
  xxx−xx−0094                                     xxx−xx−3692

Employer Tax ID / Other nos.:

## ORDER GRANTING
## DISCHARGE OF JOINT DEBTORS

It appearing that the debtors are entitled to a discharge,

ORDERED, that the debtors are granted a discharge under section 727 of title 11, United States Code, (the Bankruptcy Code).

**B18auto –** *admin*

**End of Order**

**SEE THE BACK OF THIS ORDER FOR IMPORTANT INFORMATION.**

**EXPLANATION OF BANKRUPTCY DISCHARGE**
**IN A JOINT CHAPTER 7 CASE**

This court order grants a discharge to the persons named as the debtors. It is not a dismissal of the case and it does not determine how much money, if any, the trustee will pay to creditors.

**Collection of Discharged Debts Prohibited**

The discharge prohibits any attempt to collect from the debtors a debt that has been discharged. For example, a creditor is not permitted to contact a debtor by mail, phone, or otherwise, to file or continue a lawsuit, to attach wages or other property, or to take any other action to collect a discharged debt from the debtors. A creditor who violates this order can be required to pay damages and attorney's fees to the debtor.

However, a creditor may have the right to enforce a valid lien, such as a mortgage or security interest, against the debtors' property after the bankruptcy, if that lien was not avoided or eliminated in the bankruptcy case. Also, a debtor may voluntarily pay any debt that has been discharged.

**Debts That are Discharged**

The chapter 7 discharge order eliminates a debtor's legal obligation to pay a debt that is discharged. Most, but not all, types of debts are discharged if the debt existed on the date the bankruptcy case was filed. (If this case was begun under a different chapter of the Bankruptcy Code and converted to chapter 7, the discharge applies to debts owed when the bankruptcy case was converted.)

**Debts That are Not Discharged**

Some of the common types of debts which are <u>not</u> discharged in a chapter 7 bankruptcy case are:

a. Debts for most taxes;

b. Debts incurred to pay nondischargeable taxes (in a case filed on or after October 17, 2005);

c. Debts that are domestic support obligations;

d. Debts for most student loans;

e. Debts for most fines, penalties, forfeitures, or criminal restitution obligations;

f. Debts for personal injuries or death caused by the debtor's operation of a motor vehicle, vessel, or aircraft while intoxicated;

g. Some debts which were not properly listed by the debtor;

h. Debts that the bankruptcy court specifically has decided or will decide in this bankruptcy case are not discharged;

i. Debts for which the debtor has given up the discharge protections by signing a reaffirmation agreement in compliance with the Bankruptcy Code requirements for reaffirmation of debts; and

j. Debts owed to certain pension, profit sharing, stock bonus, other retirement plans, or to the Thrift Savings Plan for federal employees for certain types of loans from these plans (in a case filed on or after October 17, 2005).

**This information is only a general summary of the bankruptcy discharge. There are exceptions to these general rules. Because the law is complicated, you may want to consult an attorney to determine the exact effect of the discharge in this case.**

**B18auto –** *admin*